UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEREK LEE BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-02145-JPH-MKK |
| | ) |
| KYLIE HENDERSON, | ) |
| PHILIP HINES, | ) |
| HAMILTON COUNTY SHERIFF'S OFFICE, | ) |
| DENNIS QUAKENBUSH, | ) |
| DUSTIN CASTOR, | ) |
| COMPREHENSIVE CORRECTIONAL CARE, | ) |
| HAMILTON COUNTY COUNCIL, | ) |
| HAMILTON COUNTY BOARD OF COMMISSIONERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiff's "Motion to Transfer State Court Complete Record to Federal Jurisdiction With Leave of Court." Dkt. [19]. As best the Court can tell, Plaintiff alleges that the Medical Defendants (Defendants Hines, Henderson, and Comprehensive Correctional Care) omitted certain documents from the state court record when they removed the case to this Court. Specifically, he contends that they failed to file copies of certain healthcare records attached to an amended complaint that the state court allowed him to file. The Medical Defendants are **ORDERED** to file a response to the motion within **14 days of the date of this Order**. Plaintiff's motion, Dkt. 19, **remains pending**, and the **clerk is directed** not to terminate it.

So **ORDERED**.

Date: 1/15/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

DEREK LEE BOYD
273507
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Sean Thomas Devenney
DREWRY SIMMONS VORNEHM, LLP (Carmel)
sdevenney@dsvlaw.com

Melanie A. Kalmbach
DREWRY SIMMONS VORNEHM, LLP (Carmel)
mkalmbach@dsvlaw.com

Adam Scott Willfond
Hamilton County Legal Department
adam.willfond@hamiltoncounty.in.gov